**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CLIFFORD TRUMP**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **CLIFFORD TRUMP,** | No.   2:18-CV-01610-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL,  Acting Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 22, 2019.

This is a first extension based on plaintiff's counsel's other work and impending vacation of over a week.

Dated:    March 27, 2019                                      /s/    *Jesse S. Kaplan*
                                                                              JESSE S. KAPLAN
                                                                              Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: March 27, 2019

_/s/ per e-mail authorization_
BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 22, 2019.

SO ORDERED.

Dated: April 1, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE