**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**CLIFFORD TRUMP**


# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-


| | |
|---|---|
| **CLIFFORD TRUMP,** | **No.   2:18-CV-01610-DMC** |
| **Plaintiff,** | |
| | **STIPULATION AND  ORDER** |
| | **FOR  EXTENSION OF** |
| | **TIME TO FILE PLAINTIFF'S** |
| **v.** | **MOTION FOR SUMMARY** |
| **NANCY BERRYHILL,  Acting** | **JUDGMENT** |
| **Commissioner of Social Security,** | |
| **Defendant.** | |

_____/

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 25, 2019.

This is a second extension, of four days. The first extension was requested before plaintiff's counsel went on a 10-day vacation. Counsel has encountered several unexpected delays since returning from vacation, both personal- and work-related, including additional briefs due.

Dated:     April 22, 2019                          /s/    *Jesse S. Kaplan*
                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff


                                                   McGREGOR W. SCOTT
                                                   United States Attorney
                                                   DEBORAH LEE STACHEL
                                                   Regional Counsel, Region IX
                                                   Social Security Administration

Dated:   April 22, 2019                             */s/ per e-mail authorization*
                                                   BEN A. PORTER
                                                   Special Assistant U.S. Attorney
                                                   Attorney for Defendant


## **ORDER**


    For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment brief is extended to April 25, 2019.

    SO ORDERED.


Dated:  April 23, 2019
                                                   _____
                                                   DENNIS M. COTA
                                                   UNITED STATES MAGISTRATE JUDGE