MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CA. Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CLIFFORD TRUMP, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-01610-DMC <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from May 22, 2019, to June 21, 2019. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time to pursue settlement discussions. The parties further stipulate that the Court's scheduling Order be modified accordingly.

| | | |
|---|---|---|
| Dated: May 16, 2019 | | /s/ *Jesse S. Kaplan\** <br> JESSE S. KAPLAN <br> Attorney for Plaintiff <br> (*as authorized via e-mail on May 16, 2019) |
| Dated: May 16, 2019 | | Respectfully submitted, <br><br> MCGREGOR W. SCOTT <br> United States Attorney <br> DEBORAH LEE STACHEL <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | By: | /s/ *Ben A. Porter* <br> BEN A PORTER <br> Special Assistant U.S. Attorney <br> Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED:

Dated: May 20, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE