MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CA. Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CLIFFORD TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 2:18-cv-01610-DMC<br><br>STIPULATION AND<br>ORDER FOR<br>2nd EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time for Defendant to file a Cross-Motion for Summary Judgment and Memorandum in Support of Defendant's Cross-Motion be extended thirty (30) days from June 21, to July 21, 2019. This is Defendant's second request

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip Ext. & Proposed Order - 2:18-cv-01610-DMC   -1-

for an extension of time. Defendant respectfully requests this additional time to continue to pursue settlement discussions. The parties further stipulate that the Court's scheduling Order be modified accordingly.

Dated: June 20, 2019 /s/ *Jesse S. Kaplan\**
JESSE S. KAPLAN
Attorney for Plaintiff
(*as authorized via e-mail on June 19, 2019)

Dated: June 20, 2019 Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ben A. Porter*
BEN A PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED:

Dated: June 20, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE