MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CA. Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov
    Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| CLIFFORD TRUMP, | Case No.: 2:18-cv-01610-DMC |
| Plaintiff, | STIPULATION FOR VOLUNTARY REMAND AND ORDER |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Clifford Trump .(Plaintiff) and Andrew W. Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will issue a decision finding Plaintiff disabled through July 1, 2014, and effectuate Plaintiff's award based on the July 1, 2014 disability end date.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


Dated: June 27, 2019          /s/ *Jesse S. Kaplan\**
                             JESSE S. KAPLAN
                             Attorney for Plaintiff
                             (*as authorized via e-mail on June 26, 2019)


Dated: June 27, 2019          Respectfully submitted,



                             MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                      By:    /s/ *Ben A. Porter*
                             BEN A PORTER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant


                             ORDER


APPROVED AND SO ORDERED:



Dated:  June 27, 2019

                             _____
                             DENNIS M. COTA
                             UNITED STATES MAGISTRATE JUDGE